# William M. Candia, Attorney at Law

**NEW JERSEY OFFICE**
40 Scoles Avenue
Clifton, NJ 07012
Phone: (551) 234-5540
Fax: (201) 581-7224
Email: TheNJlawoffice@gmail.com

**NEW YORK OFFICE** - BY APPOINTMENT ONLY
84-08 Queens Blvd.
Elmhurst, NY 11373
Phone: (551) 234-5540
Fax: (201) 581-7224
Email: TheNYlawoffice@gmail.com

To: Hon. Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Date:** 07/31/2026

RE: ***Martinez Aguilar v. Mullin, et al.,* Civ. No. 26-8162 (CCC)**

Dear Honorable Judge Claire C. Cecchi,

Please accept this letter in lieu of a more formal request to dismiss the above captioned matter, close this case and lift the current injunction for the following reasons:

1. On July 19, 2026, the Respondents filed a letter updating the Court about the outcome of the bond motion.
2. At this moment, the Petitioner does not longer seek any further relief from the Court and wishes to go back to his home country as soon as possible.
3. For those reasons, we are respectfully asking this Court and dismiss this matter, close the case, and lift any injunctions entered by this court.

Should you have any questions or concerns, please do not hesitate to contact me at 551-234-5540.

Respectfully Submitted,

William M. Candia, Esq
Attorney for Petitioner

The previous stay of Petitioner's transfer, ECF No. 2, is hereby lifted.
SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 8/20/2026